# EXHIBIT 14

Letter from Vice President



March 13, 2020

**By Email**

Ms. Jenna Tiller
Mr. Robert Byron

      RE:  <u>University Policy 1-012, Sexual Misconduct Complaint</u>

Dear ▮▮▮▮ and Mr. Byron,

      I received the February 27, 2020 Committee Report from the Sexual Misconduct Hearing Committee ("Committee") that considered ▮▮▮▮ complaint of sexual misconduct. I have carefully reviewed the Committee Report, the December 6, 2019 Report and Recommendations of the Office of Equal Opportunity and Affirmative Action (OEO/AA) and the parties' submissions for the hearing.

      I agree with and affirm the findings of the hearing Committee. It is my decision that there is cause to conclude, under the preponderance of evidence standard, that Mr. Byron engaged in nonconsensual sexual contact. I have also reviewed and considered the sanctions as determined by the Office of the Dean of Students. I concur that the sanction of suspension for two years is reasonable in light of all the circumstances of this case including engaging in ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ It is a standard sanction of the University for sexual misconduct to suspend a perpetrator for the period of time in which the complaining party can complete his/her/their course of study. I also concur with the remaining sanctions of continued no contact between the parties, a referral of Mr. Byron to counseling and a total restriction on Mr. Byron to entering campus other than for personal or family healthcare during the period of the suspension.

      Pursuant to University Policy 1-012, and its attendant Rule R1-12B, either party may appeal this decision to the President, Ruth Watkins, by submitting a written request to the OEO/AA within five (5) calendar days of the issuance of my decision.

      Sincerely,

      *Lori K. McDonald*

      Lori McDonald, PhD
      Vice President for Student Affairs

cc: Laurel Widdekind, Office of General Counsel