IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| ROBERT BYRON,<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSITY OF UTAH, LORI MCDONALD, and RUTH WATKINS,<br><br>    Defendants. | **ORDER GRANTING [10] MOTION FOR LEAVE TO FILE UNDER SEAL**<br><br>Case No. 2:20-cv-290<br><br>Judge David Barlow |

Before the court is Plaintiff's motion for leave to file his motion for a temporary restraining order and preliminary injunction under seal.[1] Defendants do not oppose the motion.[2] Having reviewed the motion to file under seal, the court concludes that Plaintiff's motion for temporary restraining order and supporting exhibits contain private and sensitive information properly filed under seal. For good cause, the court GRANTS the motion. Plaintiff may file his motion for a temporary restraining order and preliminary injunction under seal in accordance with DUCivR 5-3.

Signed May 26, 2020.

BY THE COURT:

David Barlow
District Court Judge

---

[1] ECF No. 10. Plaintiff filed a redacted copy of the motion (ECF No. 9).
[2] ECF No. 14.