IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| ROBERT BYRON,<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSITY OF UTAH; LORI MCDONALD, in her official capacity; and RUTH WATKINS, in her official capacity,<br><br>    Defendants. | **ORDER DENYING [9] AND DENYING [17] PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>Case No. 2:20-cv-00290-DBB<br><br>District Judge David Barlow |

Before the court is Plaintiff's Motion for Temporary Restraining Order and Permanent Injunction.[1] Plaintiff requests an injunction ordering his reinstatement in the University of Utah's School of Medicine. The court considered the briefing, relevant law, and argument presented at the hearing on June 23, 2020.

For the reasons stated on the record, Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction is DENIED (ECF Nos. 9 and 17).

Signed June 23, 2020.

BY THE COURT

_____
David Barlow
United States District Judge

---

[1] ECF No. 17. ECF No. 9 is a redacted version of the same motion.