Andrew W. Stavros (8615)
Austin B. Egan (13203)
**STAVROS LAW P.C.**
8915 South 700 East, Suite 202
Sandy, Utah 84070
Tel: 801.758.7604
andy@stavroslaw.com
austin@stavroslaw.com
*Attorneys for Robert Byron*

# IN THE UNITED STATES DISTRICT COURT IN AND FOR
# THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROBERT BYRON,<br><br>　　Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF UTAH,<br>LORI MCDONALD, in her official capacity,<br>and RUTH WAKINS, in her official capacity,<br><br>　　Defendants. | **MOTION FOR WITHDRAWAL OF COUNSEL**<br><br>Case No. 2:20-cv-00290-DBB-DAO<br><br>Judge David Barlow<br>Magistrate Judge Daphne Oberg |

　　Pursuant to DUCivR 83-1.3, Austin Egan and Andrew Stavros ("Counsel") hereby move to withdraw as counsel for:

　　Robert Byron ("Client")
　　1596 South Park Street
　　Salt Lake City, Utah 84105
　　Tel. 801.654.2729
　　rob.byron@hotmail.com

　　The reasons for withdrawal are as follows:

1

Client has not compensated Counsel in accordance with their representation agreement. The unpaid balance is too high and has remained unpaid for too long. Counsel cannot represent Client without the compensation they agreed to in their representation agreement.

In the event this motion is granted, Client or new counsel for Client must file a notice of appearance within twenty-one (21) days after entry of the order, unless otherwise ordered by the court. Pursuant to Utah DUCivR 83-1.3, no corporation, association, partnership, limited liability company or other artificial entity may appear *pro se*, but must be represented by an attorney who is admitted to practice in this court.

This motion is made without the client's consent. Counsel certifies that Client has been served with a copy of this motion. Counsel further certifies that Client has been advised of the following:

Under the Third Amended Scheduling Order (ECF No. 50), the deadline for dispositive motions and motions to exclude expert testimony is August 4, 2021. Defendants will likely file their motion for summary judgment on August 4, 2021. Defendants' motion for summary judgment will have the potential of disposing of this case. Thus, if the motion to withdraw as counsel is granted, Client will need to respond to Defendant's motion. If no dispositive motions are filed, a scheduling conference has been set for August 12, 2021, at 2:45 p.m. before Judge Barlow. Counsel further reiterates that if this motion is granted, Client or his new counsel must file a notice of appearance within twenty-one (21) days after entry of the order, unless otherwise ordered by the court.

The following motions have been fully briefed but have not been ruled upon, and no hearing has been set on the motions:

Plaintiff's Motion for Leave to File Amended Complaint (ECF No. 42)
Defendants' Motion for Judgment on the Pleadings (ECF No. 48)

Failure to comply with the orders of the Court, or the failure to appear for scheduled hearings could result in sanctions.

The undersigned certifies that no trial date is set.

The form of an order is attached to this motion and will be submitted in MS Word format by email to the presiding judge in this case.

## CERTIFICATION

Counsel hereby certifies that a copy of this Motion for Withdrawal of Counsel has been sent to Client at the address indicated above.

## CONCLUSION

Counsel respectfully requests that the Court grant this motion for withdrawal.

Dated this 3rd day of August, 2021.

STAVROS LAW P.C.

/s/ Austin B. Egan
Austin B. Egan

/s/ Andrew W. Stavros
Andrew W. Stavros

## **CERTIFICATE OF SERVICE**

I certify that on August 3, 2021, I filed this motion using the Court's ECF system, which sent automatic notice to:

Rachel Terry
Assistant Utah Attorney General
SEAN D. REYES
Utah Attorney General
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856

I further certify that on August 3, 2021, I sent this motion, via email, to:

Robert Byron
rob.byron@hotmail.com

/s/ Austin B. Egan
Austin B. Egan