THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| ROBERT BYRON,<br><br>    Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF UTAH,<br>LORI MCDONALD, in her official capacity,<br>and RUTH WAKINS, in her official capacity,<br><br>    Defendants. | **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL**<br><br>Case No. 2:20-cv-00290-DBB-DAO<br><br>Judge David Barlow<br>Magistrate Judge Daphne Oberg |

The Court has considered Plaintiff's motion for leave to file his memorandum in opposition to Defendants' motion for summary judgment under seal.[1] The Court concludes that Plaintiff's memorandum and supporting exhibits contain private and sensitive information that is properly filed under seal, and good cause exists to permit the motion to be filed under seal. Plaintiff's motion is granted.

**IT IS HEREBY ORDERED** that Plaintiff is granted leave to file his memorandum in opposition to Defendants' motion for summary judgment and the exhibits in support thereof under seal in accordance with the procedures set forth in DUCivR 5-3.

Signed: September 28, 2021.

BY THE COURT:

David Barlow
United States District Judge

---

[1] *See* ECF Nos. 72 and 73